**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 15 B 35685** |
| **MOUNSEF INTERNATIONAL, INC.,** | ) | **Honorable Jacqueline P. Cox** |
| | ) | **Motion Date:   March 7, 2017** |
| **Debtor.** | ) | **Motion Time: 9:30 a.m.** |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on March 7, 2017, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard before the Honorable Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

                                                                GOLAN CHRISTIE TAGLIA LLP

**AFFIDAVIT OF SERVICE**

I, Robert R. Benjamin, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Entry of a Final Decree Order to be served upon the parties who receive notice via CM/ECF filing and those parties who receive notice via regular mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on February 21, 2017

                                                                /s/*Robert R. Benjamin*
                                                                     Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

# SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via First Class Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via First Class Mail

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via First Class Mail

First Midwest Bank
c/o Miriam R. Stein
Eileen M. Sethna
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606
Via CM/ECF

Bechara Srour
c/o Gregory K. Stern
Dennis E. Quaid
Gregory K. Stern, P.C.
53 W. Jackson Blvd., Ste. 1442
Chicago, IL 60604
Via CM/ECF
Via First Class Mail

8111 St. Louis LLC
c/o Howard L. Adelman
Alexander F. Brougham
Adelman & Gettleman Ltd.
53 W. Jackson Blvd., Ste. 1050
Chicago, IL 60604
Via CM/ECF

Aloris Mercantile Corporation
292 Sheppard Avenue West
Toronto Ontario M2N 1N5
Via First Class Mail

Alcohol and Tobacco Tax and Trade
316 North Robert Street, Suite 322
Saint Paul, MN 55101
Via First Class Mail

Anthony Pinelli
53 W. Jackson Blvd. Ste., 1460
Chicago, IL 60604
Via First Class Mail

Atour Foods Inc.
6348 N. Claremont
Chicago, IL 60659
Via First Class Mail

Banco Popular North America
9600 W. Bryn Mawr Ave.
Des Plaines, IL 60018
Via First Class Mail

2

Bechara Srour
c/o Louis A. Weinstock
223 W. Jackson Blvd., Ste. 512
Chicago, IL 60606
Via First Class Mail

Bechara Srour
c/o Firedough Mediterranean Grill
10639 E. Briarwood Ave.
Centennial, CO 80112
Via First Class Mail

Cedar Garden Food Imp. & Exp. Inc.
P.O. Box 87175
Canton, MI 48187
Via First Class Mail

Cedar Garden Food Imp. & Exp. Inc.
36175 Herman St.
Romulus, MI 48174
Via First Class Mail

Chiappetti Meat Co.
3810 S. Halsted
Chicago, IL 60609
Via First Class Mail

Central Baking Supplies, Inc.
Daniel M. Breen
111 W. Washington St.
Chicago, IL 60602
Via First Class Mail

Elie Mounsef
801 Pinto Lane
Northbrook, IL 60062
Via First Class Mail

Chicago Title Land Trust Company a/t/u
Trust Dated 12/17/97 Known as
Trust #1105141
Beneficiaries George and Therese Mounsef
171 North Clark Street, Suite 575
Chicago, IL 60601
Via First Class Mail

First Builders Group, Inc.
7532 Lake Street
Morton Grove, IL 60053
Via First Class Mail

Fifth Third Bank
c/o Damon G. Newman
Noonan & Lieberman, Ltd.
105 W. Adams St., Ste. 1800
Chicago, IL 60603
Via CM/ECF

Habash Trading Inc.
6135 S. Nottingham Ave.
Chicago, IL 60638
Via First Class Mail

First Builders Group, Inc.
c/o Jan S. Weinstein & Associates
9933 Lawler Ave.
Skokie, IL 60077
Via First Class Mail

Julio Martinez
4538 N. Karlov Ave.
Chicago, IL 60625
Via First Class Mail

George Mounsef
801 Pinto Lane
Northbrook, IL 60062
Via First Class Mail

Mounsef International, Inc.
Attn: George Mounsef
4738 North Kedzie Ave.
Chicago, IL 60625
Via First Class Mail

Nazareth Sweets
4806 N. Kedzie Ave.
Chicago, IL 60625
Via First Class Mail

Rain Food and Beyond, Inc.
10700 Seymour Ave.
Franklin Park, IL 60131
Via First Class Mail

Therese Mounsef
801 Pinto Lane
Northbrook, IL 60062
Via First Class Mail

Ziyad Brothers Importing Corp.
5400 W. 35th St.
Cicero, IL 60804
Via First Class Mail

U.B.C. Food Distributors, Inc.
12812 Prospect Street
Dearborn, MI 48126
Via First Class Mail

Mansoor & Shirin Halani
c/o Robert J. Adams
Tina Adams
Robert J. Adams & Associates
901 W. Jackson, Ste. 202
Chicago, IL 60607
Via CM/ECF

Illinois Department of Revenue
P.O. Box 19015
Springfield, IL 62794
Via First Class Mail

Mounsef Business Investments, LLC
801 Pinto Lane
Northbrook, IL 60062
Via First Class Mail

Rain Food and Beyond, Inc.
405 Lively Blvd.
Elk Grove Village, IL 60007
Via First Class Mail

National Revenue Center
550 Main Street, Suite 8002
Cincinnati, OH 45202
Via First Class Mail

Ontario Wealth Management Corp.
2950 Keele Street, Suite 201
Toronto, ON M3M2H2
Via First Class Mail

Raymond Mounsef
5436 N. Kimball Ave.
Chicago, IL 60625
Via First Class Mail

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 15 B 35685** |
| **MOUNSEF INTERNATIONAL, INC.,** | ) | **Honorable Jacqueline P. Cox** |
| | ) | **Motion Date:  March 7, 2017** |
| **Debtor.** | ) | **Motion Time: 9:30 a.m.** |

## MOTION FOR ENTRY OF A
## FINAL DECREE ORDER

Debtor, MOUNSEF INTERNATIONAL, INC., ("Debtor"), by and through its attorneys, GOLAN CHRISTIE TAGLIA LLP, moves this Court to enter a final decree order and in support thereof states as follows:

1. On October 20, 2015, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is a corporation that bakes and sells ethnic breads and other food products.

3. On December 22, 2016, this Court entered an order approving the Debtor's Disclosure Statement and confirming the Debtor's Plan of Reorganization.

4. Pursuant to the Plan, the administrative claims of the United States Trustee are current, the professional fees are being paid in installments by agreement with Golan Christie Taglia LLP and the post-petition administrative claim of 8111 N. St. Louis, LLC, which was settled, has been paid in full.

5. Class 1 Secured Claims were to be paid pursuant to amendments to the Plan incorporated in the order confirming the plan.

6. Class 2 Unsecured Claims were to be paid 5% of their allowed claims *pro rata* over five years beginning on the first anniversary of the Initial Distribution Date.

7. On February 21, 2017, Debtor filed a Report of Distribution [Docket No. 297].

8. There are no further matters for this Court to administer.

WHEREFORE, Debtor, MOUNSEF INTERNATIONAL, INC., prays as follows:

A. That this Court enter a final decree order; and

B. For such other and further relief as this Court may deem just and proper.

    MOUNSEF INTERNATIONAL, INC.,

    */s/Robert R. Benjamin*
    Robert R. Benjamin
    One of their attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #06189418)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

2