UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-35685 |
| MOUNSEF INTERNATIONAL, INC., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE ORDER

THIS CAUSE COMING ON TO BE HEARD on motion of MOUNSEF INTERNATIONAL, INC., ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:
1. On October 20, 2015, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").
2. On December 22, 2016, this Court entered an order confirming Debtor's Plan of Reorganization which provides for all administrative claims be paid in full; Class 1 Secured Claims were to be paid pursuant to amendments to the Plan incorporated in the order confirming the plan; and Class 2 Unsecured Claims were to be paid 5% of their allowed claims pro rata over five years beginning on the first anniversary of the Initial Distribution Date.
3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan.
4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:
The estate is closed.

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 7, 2017

**Prepared by:**
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtors
70 W. Madison, Ste. 1500
Chicago, IL 60602
312-263-2300

Rev: 20170105_bko